THE CITY OF SEATTLE et al. (Circuit Court of Appeals, Ninth Circuit. September 12, 1902.) No. 850. Appeal from the Circuit Court of the United States for the Northern Division of the District of Washington. William

Parmerlee and H. E. Snook, for appellant. Elmer E. Todd, for appellee. Motion to proceed in forma pauperis denied. Appeal dismissed for failure to print record, as required by rule 23 (31 C. C. A. cxxxvii, 90 Fed. cxxxvii).